**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

JIMMY W. COX
ADC #510505                                                                                          PLAINTIFF

v.                                              4:25-cv-00089-JM-JJV

JAMES BECK,
Dr. Arkansas Department of Corrections, *et al.*                              DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed a Recommended Disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe. Plaintiff did not file objections, instead he filed a motion to continue his case, for injunctive relief and for Judge Moody to recuse (docket #4). The motion is DENIED. Plaintiff failed to provide any basis for his requests. After a *de novo* review of the RD, along with careful consideration of the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's deliberate indifference claims against Defendants are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. This case is CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 26th day of February, 2025.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE