IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JIMMY W. COX
ADC #510505                                                                                                   PLAINTIFF

v.                                    4:25-cv-00089-JM-JJV

JAMES BECK,
Dr. Arkansas Department of Corrections, *et al.*                                          DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 26th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE